No. 83–889. BUNNAN TONG & CO., LTD. *v.* F. W. WOOL-WORTH CO. ET AL.; and

No. 83–955. UNITED GARMENT MANUFACTURING CO., LTD. *v.* NELSON, A MINOR, BY CARSON, GUARDIAN AD LITEM, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–905. STAINES *v.* TEXAS. Ct. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 83–907. RIZZUTO *v.* RIZZUTO. Super. Ct. N. J., App. Div. Certiorari denied.

No. 83–914. MERICAN, INC., ET AL. *v.* CATERPILLAR TRACTOR CO. C. A. 3d Cir. Certiorari denied.

No. 83–919. PITCHFORD *v.* ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 83–921. COMMONWEALTH NATIONAL BANK *v.* ASHE ET AL. C. A. 3d Cir. Certiorari denied.

No. 83–922. ROSENWALD *v.* BARBIERI, COURT ADMINIS-TRATOR OF PENNSYLVANIA, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 83–924. GALANTI *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–926. KLEIBOEMER ET AL. *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 83–936. HAWES ET AL. *v.* ABARCA ET AL. C. A. 1st Cir. Certiorari denied.

No. 83–938. WATSON *v.* M. W. KELLOGG CO. C. A. 4th Cir. Certiorari denied.

No. 83–944. PIERI *v.* SOUTH CENTRAL BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.